IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAUNCEY JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>UNIVERSITY OF MARYLAND<br>BIOTECHNOLOGY INSTITUTE,<br><br>    Defendant | §<br>§   CIVIL ACTION NO. **PJM-03-CV-1565**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ASSIGNMENT OF JUDGMENT**

COMES NOW, Conwell, LLC, the law firm representing a third party in the subject lawsuit, and hereby states the following in support of this Assignment of Judgment:

1. THAT JUDGMENT was awarded by United States Magistrate Judge Jillyn K. Schulze on or about May 31, 2005 in the U.S. District Court for the District of Maryland, PJM-03-1565, which award became final at the final judgment of the case. No parties appealed the final judgment.

2. THAT JUDGMENT was an award of $9,948.00 in attorneys' fees for representation of a third party in the subject lawsuit, which attorneys' fees were determined as reasonable by the Court and which remain unpaid.

3. THAT the parties liable for the Judgment award are Plaintiff's attorneys, Nathaniel D. Johnson, Esq., individual attorney, Nathaniel D. Johnson & Associates, LLC law firm, and any lawful successor-in-interest. These parties are the judgment debtor.

4. THAT the law firm of Conwell, LLC is entitled to receive the award of attorneys' fees, and that the Judgment is a debt due and owing to the Conwell, LLC law firm for legal services rendered. The debt has not been satisfied or paid. Conwell, LLC is the judgment creditor.

5.  THAT for value received, Conwell, LLC, judgment creditor, assigns all rights, title, and ownership in any sum of money due by the reason of this Judgment to the following person:

        Mark Litke d/b/a
        Archer Judgment Recovery
        12415 Braxfield Court, #12
        Rockville, MD 20852
        Tele: 301.461.3570

Signed this __16th__ day of __September__, 2009

_/s/ Scott Conwell_
Scott A. Conwell, Esq.
Managing Attorney
CONWELL, LLC
2101 Defense Highway, Suite 4
Crofton, Maryland 21114

Judgment Creditor