IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| ARCHER JUDGMENT RECOVERY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. PJM-03-CV-1565 |
| NATHANIEL D. JOHNSON, INDIVIDUALLY AND NATHANIEL D. JOHNSON & ASSOCIATES, LLC, | * * | |
| Defendant, | * | |
| v. | * | |
| BANK OF AMERICA, N.A., | * | |
| Garnishee. | * | |

* * * * * * * * * * * * *

## ANSWER OF BANK OF AMERICA, N.A.

Garnishee, Bank of America, N.A. (hereinafter, "Garnishee"), by its undersigned counsel, for its Answer to Plaintiff's Writ of Garnishment, states as follows:

1. Garnishee is indebted to the Defendant/Judgment Debtor in the amount of $5.62, as evidenced by checking account no. XXXXXXXX0253 in the name of Nathaniel D. Johnson & Associate LLC.

2. Garnishee is also indebted to the Defendant/Judgment Debtor in the amount of $313.28, as evidenced by checking account no. XXXXXXXX0226 in the name of Nathaniel D. Johnson Attorney.

3. Said amounts are being held pending further order of the Court.

4. To the extent the assets confessed herein do not equal the full amount of the writ of garnishment served upon Garnishee, Garnishee advises all parties to this proceeding that it will hold any additional property of the Judgment Debtor it receives, in an amount no greater than the sum total of the writ of garnishment, until the writ of garnishment has terminated (by judgment, dismissal, or otherwise) or until further order of the Court.  Pursuant to Maryland Rule 2-645 and 2-645.1, Garnishee will not amend this plea if such additional property is received and held.

        Respectfully submitted,

        ___/s/_Tessa Laspia Frederick_____
        Tessa Laspia Frederick
        Federal Bar #25374
        Miles & Stockbridge P.C.
        10 Light Street, 12th Floor
        Baltimore, Maryland 2l202
        (410) 727-6464

        Attorneys for Garnishee,
        Bank of America, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of September 2011, all parties, all of whom are represented by counsel and all of whom have e-mail addresses designated to receive notices of electronic filings in this case, will receive electronic notice of the filing of the foregoing ***Answer of Bank of America, N.A.***  A hard copy of the Answer was also mailed, via first class mail, to:

Nathaniel D. Johnson & Associates, LLC
10665 Stanhaven Pl., Suite 3103
White Plains, MD  20695-3055

and

Nathaniel D. Johnson, Attorney
3195 Old Washington Road
Waldorf, MD 20602-3201

        _____/s/ Tessa L. Frederick____
        Tessa Laspia Frederick